UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No.: 5:16-CV-716-BR

Faye Gore, Individually and as Executrix of the Estate of Wade Miller Gore, Deceased

    Plaintiff,

v.

3M Company a/k/a Minnesota Mining and Manufacturing Company, et al.,

    Defendants.

# **ORDER**

THIS MATTER is before the Court upon joint motion by Plaintiff Faye Gore, Individually and as Executrix of the Estate of Wade Miller Gore, Deceased and Defendant Metropolitan Life Insurance Company to dismiss with prejudice, all claims against Metropolitan Life Insurance Company [Doc. 304 ]. There being no opposition, the motion is ALLOWED.

IT IS THEREFORE ORDERED that Plaintiffs' claims against Defendant Metropolitan Life Insurance Company, are hereby DISMISSED WITH PREJUDICE with each party to bear its own costs.

This 15 December 2017.

_____
W. Earl Britt
Senior U.S. District Judge