IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No.: 5:16-CV-716-BR

FAYE GORE, Individually and as Executrix )
Of the Estate of WADE MILLER GORE, )
Deceased )
)
              Plaintiff, )
)
   v. ) ORDER
)
3M COMPANY a/k/a MINNESOTA )
MINING & MANUFACTURING )
COMPANY; et al., )
)
             Defendants. )
)

**THIS MATTER** is before the Court, with the consent and approval of the parties, to dismiss with prejudice the captioned Plaintiff's claims as against only the Defendant Crane Co. **IT IS, THEREFORE, ORDERED** that the Joint Motion to Dismiss is **GRANTED**, and all of the Plaintiff's claims against the Defendant Crane Co. are hereby **DISMISSED WITH PREJUDICE**. Each party to bear its own costs.

This 15 December 2017.

                                                                    W. Earl Britt
                                                                    Senior U.S. District Judge