IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CV-716-BR

| | |
|---|---|
| FAYE GORE, Individually and as Executrix of the Estate of WADE MILLER GORE, Deceased, ) ) ) Plaintiff, ) ) v. ) AIR & LIQUID SYSTEMS CORPORATION, ) et al., ) ) Defendants. ) | ORDER |

THIS MATTER is before the Court upon joint motion by Plaintiff Faye Gore, Individually and as Executrix of the Estate of Wade Miller Gore, Deceased and Defendant Armstrong International, Inc. to dismiss with prejudice, all claims against Armstrong International, Inc. [Doc. 340]. There being no opposition, the motion is ALLOWED. IT IS THEREFORE ORDERED that Plaintiffs' claims against Defendant Armstrong International, Inc. are hereby DISMISSED WITH PREJUDICE with each party to bear its own costs.

This 7 January 2019.

_____
W. Earl Britt
Senior U.S. District Judge